**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**SANDRA ALLISON,**

                                        CASE NO. 05-CV-71214-DT

                **Plaintiff(s),**

                                        DENISE PAGE HOOD
           **vs.**                             UNITED STATES DISTRICT JUDGE

**A & B MOTORS, et al.,**

                **Defendant(s).**
_____/

## ORDER OF DISMISSAL

      Pursuant to Local Rule 41.1, this court has been advised by counsel for the parties that the above entitled action has been settled,

      Accordingly, the above-entitled action is dismissed without prejudice and without costs. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.

                                                s/ DENISE PAGE HOOD
                                                DENISE PAGE HOOD
                                                UNITED STATES DISTRICT JUDGE

Dated: October 31, 2005

      I hereby certify that a copy of the foregoing document was served upon Adam G. Taub, Esq., Timothy Lessing, Esq. and Myra L. Willis, Esq. on October 31, 2005, by electronic and/or ordinary mail.

                                                s/William F. Lewis
                                               Case Manager